IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERRY ALEN ALBUS,<br><br>Defendant. | CR 24-18-M-DWM<br><br><br>ORDER |

Defendant Gerry Alen Albus having filed a Motion to Change Plea on May 21, 2024,

IT IS ORDERED:

(1)　The jury trial set for June 3, 2024, is VACATED.

(2)　Defendant shall appear before this Court on **May 30, 2024, at 1:30 p.m.** at the Russell Smith Courthouse in Missoula, Montana, at which time the Court will consider his motion to change his plea of not guilty to a plea of guilty.

(3)　The Clerk of this Court is ordered to deny all other motions pending in this matter as moot.

DATED this 22nd day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court