IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERRY ALEN ALBUS,<br><br>Defendant. | CR 24-18-M-DWM<br><br>ORDER |

Defendant Gerry Alen Albus, proceeding *pro se* and having filed a "Request for Clarification and Relief in Re Court[']s Restitution Order(s)[,],"

IT IS ORDERED that the government must respond to Defendant's request, (Doc. 52), on or before July 29, 2025.

DATED this 15th day of July, 2025.

_____
Donald W. Molloy, District Judge
United States District Court